## Anna Pietrolonardo, Appellee, v. Jay R. Houghteling et al., Appellants.

### Gen. No. 41,871.

Heard in second division, first district, this court at October term, 1941; opinion filed May 14, 1942; rehearing denied June 5, 1942. John A. Bloomington and Samuel Levin, for appellants; Harry R. Begley, of counsel; Ryan, Sinnott & Miller, Louis G. Davidson and Sam Fink, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''